17 So.2d 245

### CITY OF DOTHAN v. SUNNY STATE OIL CO.
#### 4 Div. 772.

Court of Appeals of Alabama.
June 30, 1943.

Rehearing Denied Oct. 12, 1943.

T. E. Buntin, of Dothan, for appellant.

W. L. Lee and Alto V. Lee, III, both of Dothan, for appellee.

BRICKEN, Presiding Judge.

Reversed and remanded upon authority of Sanford v. City of Clanton, ante, p. 253, 15 So.2d 303.